# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:23-CV-03247-LGS  Date Filed: _____

Plaintiff:
**Qiuhua Zhou**

vs.

Defendant:
**Heydari, Inc. d/b/a Heydari Fashion, et al.**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on **Heydari, Inc. d/b/a Heydari Fasion and Heydari DC**.

I, Geoffrey Burke, being duly sworn, depose and say that on the **2nd day of May, 2023** at **3:15 pm, I:**

served **Heydari, Inc. d/b/a Heydari Fasion and Heydari DC** by delivering two true copies of the **Summons in a Civil Action and Complaint - Demand for Jury Trial pursuant to New York State Section 306 BCL together with statutory service fee in the amount of $40.00** to **Sue Zouky** as **Business Document Specialist 2** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named company, in compliance with state statutes.

**Description** of Person Served: Age: 69, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 6th day of May, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified In Albany County
My Commission Expires February 28, 2026

_____
Geoffrey Burke
Process Server

Meridian Investigations & Security
48 Davis Avenue
Port Washington, NY 11050

Our Job Serial Number: SRN-2023002474

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:23-CV-03247-LGS                                    Date Filed: _____

Plaintiff:
**Qiuhua Zhou**

vs.

Defendant:
**Heydari, Inc. d/b/a Heydari Fashion, et al.**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on **Lowan Fashion, Inc.**.

I, Geoffrey Burke, being duly sworn, depose and say that on the **2nd day of May, 2023** at **3:15 pm**, I:

served **Lowan Fashion, Inc.** by delivering two true copies of the **Summons in a Civil Action and Complaint - Demand for Jury Trial pursuant to New York State Section 306 BCL together with statutory service fee in the amount of $40.00** to **Sue Zouky** as **Business Document Specialist 2** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named company, in compliance with state statutes.

**Description** of Person Served: Age: 69, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

_____
**Geoffrey Burke**
Process Server

Subscribed and Sworn to before me on the 6th day of May, 2023 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2026

**Meridian Investigations & Security**
48 Davis Avenue
Port Washington, NY 11050

Our Job Serial Number: SRN-2023002475

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | JOSEPH & NORINSBERG, LLC<br>110 East 59th Street, Suite 3200<br>New York, New York 10022 |

**Plaintiff / Petitioner:**
QIUHUA ZHUO,

**Defendant / Respondent:**
HEYDARI, INC. D/B/A HEYDARI FASHION and HEYDARI DC, LOWAN FASHION, INC., MARIAM HEYDARI, Individually, and ZHONGXIN WANG, Individually,

**AFFIDAVIT OF SERVICE**

Index No:
1:23-cv-03247-LGS

Date Filed: 04/25/2023

State of New York, County of Nassau) ss.:

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in The State of New York. That on Thursday, April 27, 2023 AT 07:58 PM AT 57-06 156TH ST, FLUSHING, NY 11355, dwelling place/usual place of abode/actual place of business, deponent served the within Summons in a Civil Action and Complaint - Demand for Jury Trial on ZHONGXIN WANG.

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** a defendant therein named, by delivering thereat, a true copy of each to

☒ **Suitable Person:** a defendant therein named, by delivering thereat, a true copy of each to "JANE DOE" (name not provided), LANDLORD, a person of suitable age and discretion who stated that defendant is a tenant.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also caused to be enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 57-06 156TH ST, FLUSHING, NY 11355, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State. The wrapper bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant. Mailed on May 8, 2023.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Recipient wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description of person served:**

| | | | |
|---|---|---|---|
| Age: 45-55 | Ethnicity: Asian American | Gender: Female | Weight: 131-150 |
| Height: 5'6" | Hair: Brown | Eyes: | Relationship: Landlord |
| Other: n/a | | | |

Subscribed and Sworn to before me on this 8th day of May, 2023 by the affiant who is personally known to me.

*A. Douglas*

AKIM LAURIE DOUGLAS
LIC# 2107237-DCA
PEAK PROCESS SERVERS, INC.
DCA Lic# 2079779-DCA
48 Davis Avenue, Port Washington NY 11050
Tel: 516.822.7070

JEREMY E. STEPHENS
Notary Public, State of New York
No. 02ST5060541
Qualified in Nassau County
Commission Expires May 20, 2026

[Notary Stamp:
JEREMY E STEPHENS
Notary Public, State of New York
No. 02ST5060541
Qualified in Nassau County
Commission Expires May 20, 2026]