# 董鑫律师事务所
## Dong, Adam's Law Firm PLLC
3708 Main St, Suite 308, Flushing, NY 11354
adxlaw@gmail.com
(929) 269-5666

May 18, 2023

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Zhou v. Heydari, Inc., et al., 23-cv-03247-LGS
Letter Motion to Adjourn the Initial Pretrial Conference

---

**Application GRANTED.** The initial pretrial conference scheduled for June 7, 2023, is adjourned to **June 28, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **June 21, 2023, at 12:00 P.M.**

Dated: May 19, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

Dear Honorable Judge Schofield:

The undersigned represents Defendants Lowan Fashion, Inc., and Zhongxin Wang (the Lowan Defendants) in this case. The undersigned respectfully makes this letter motion to adjourn the Initial Pretrial Conference (IPTC) currently scheduled for June 7, 2023.

This office has recently been retained by the Lowan Defendants. Per your Honor's order dated April 25, 2023, an IPTC is currently scheduled for June 7, 2023 at 4:00 pm via telephone. However, the undersigned will be out of the country on that date, and it would be impossible for the undersigned to attend that conference due to a twelve (12) hour time difference. Accordingly, the undersigned respectfully request that your honor adjourn the June 7 conference to a later date. Plaintiff's attorney consents to this application. The parties propose June 27, 28, 29, 30, July 6, and 7, 2023 or another date that is convenient for the Court.

We thank the Court for its time and consideration to this matter.

Respectfully Submitted,

/s/ Adam Dong
**Adam Dong, Esq.**
Dong, Adam's Law Firm PLLC
3708 Main St, Ste 308
Flushing, NY 11354
(929) 269-5666
Adam.dong@dongadams.com