UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QIHUA ZHUO,<br><br>      Plaintiff,<br><br>  -against-<br><br>HEYDARI INC., et al.,<br><br>      Defendants. | 23-CV-3247 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  It is hereby ORDERED that all parties appear for a conference with the Court on **August 17, 2023** at **10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. The parties should be prepared to discuss which ADR mechanism would be helpful in resolving this case, including referral to the District's Mediation Program, referral to a Magistrate Judge for settlement or retention of a private mediator.

Dated: August 4, 2023
     New York, New York

                    SO ORDERED.

                    *Jessica Clarke*
                    JESSICA G. L. CLARKE
                    United States District Judge