**MEMO ENDORSED**

## Dong, Adam's Law Firm PLLC
### 董鑫律师事务所
3708 Main St, Suite 308, Flushing, NY 11354
adxlaw@gmail.com
(929) 269-5666

August 9, 2023

**VIA ECF**
Hon. Jessica G.L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

> Re: Zhou v. Heydari, Inc., et al., 23-cv-03247-JGLC
> Letter Motion to Adjourn Conference and Request for Referral to Magistrate Judge for Settlement Conference

Dear Honorable Judge Clarke:

The undersigned represent the Defendants in this case. The undersigned respectfully makes this letter motion to adjourn the conference currently scheduled for August 17, 2023, and to request your Honor refer this matter to a Magistrate Judge for settlement conference. Plaintiff joins on Defendants' request.

The parties' counsels have agreed that this case should be referred to a Magistrate Judge for a settlement conference, and therefore the purpose of the scheduled conference has been fulfilled. Accordingly, the parties respectfully request that your Honor adjourn the August 17 conference, and refer this matter to a Magistrate Judge for a settlement conference.

We thank the Court for its time and consideration to this matter.

Respectfully Submitted,

/s/ Adam Dong
**Adam Dong, Esq.**
Dong, Adam's Law Firm PLLC
3708 Main St, Ste 308
Flushing, NY 11354
(929) 269-5666
Adam.dong@dongadams.com

Application GRANTED. The conference scheduled for August 17, 2023 is hereby adjourned.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 10, 2023
   New York, New York