UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QIUHUA ZHUO,

                Plaintiff,

  -v-

HEYDARI INC. d/b/a HEYDARI FASHION d/b/a HEYDARI DC; LOWAN FASHION, INC.; MARIAM HEYDARI; and ZHONGXIN WANG,

                Defendants.

CIVIL ACTION NO. 23 Civ. 3247 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Monday, August 21, 2023 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:     New York, New York
           August 10, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge