UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QIUHUA ZHUO,

                Plaintiff,

-v-

HEYDARI INC. d/b/a HEYDARI FASHION d/b/a HEYDARI DC; LOWAN FASHION, INC.; MARIAM HEYDARI; and ZHONGXIN WANG,

                Defendants.

CIVIL ACTION NO. 23 Civ. 3247 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    The Court is in receipt of the joint letter expressing the parties' interest in participating in a settlement conference before the undersigned. (ECF No. 60). To that end, a telephone conference is scheduled for **Wednesday, February 12, 2025 at 2:00 p.m. EST** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 650-969-102#, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:    New York, New York
             February 7, 2025

                                      SO ORDERED.

                                      SARAH L. CAVE
                                      **United States Magistrate Judge**