UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QIUHUA ZHUO,

                Plaintiff,

-v-

HEYDARI INC. d/b/a HEYDARI FASHION d/b/a HEYDARI DC; LOWAN FASHION, INC.; MARIAM HEYDARI; and ZHONGXIN WANG,

                Defendants.

CIVIL ACTION NO. 23 Civ. 3247 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 20, 2025, the parties participated in a settlement conference at which they reached a settlement in principle. (See ECF min. entry Feb. 20, 2025). On April 3, 2025, the Honorable Jessica G.L. Clarke directed the parties to file by May 5, 2025 materials to permit the Court to address whether the settlement is fair and reasonable pursuant to the requirements of Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). (ECF No. 63 (the "Apr. 3 Order")). On April 28, 2025, the parties consented to Magistrate Judge jurisdiction. (ECF No. 65). Although this case is as a result now assigned to the undersigned, the terms of Judge Clarke's Apr. 3 Order remain in effect, and the parties shall submit their Cheeks materials by **May 5, 2025.**

Dated:    New York, New York
           April 29, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**